# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: James A. Colin<br>Attorney at Law, Bar No. 6257 | Case No. 2:19-ms-00080<br><br>ORDER OF SUSPENSION |

On September 24, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 25, 2019. (ECF No. 1.) The OSC provided Mr. Colin with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Colin. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that James A. Colin, Bar No. 6257, is suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 8th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1

<u>CERTIFICATE OF SERVICE</u>

2  Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the

3  United States District Court, and that on this 8th day of November 2019, I caused to be

4  served a true and correct copy of the foregoing Order to Show Cause to the following

5  parties via Certified Mail, Return Receipt Requested via the United States Postal Service,

6  in a sealed envelope, postage prepaid, to the following address:

7           James A. Colin
           2540 S. Maryland Pkwy., # 175
8           Las Vegas, NV 89109

9
       Certified Mail No.: 7019 0700 0001 7574 6413
10

11                    <u>/s/ Lorena Q.</u>
                     Deputy Clerk
12                    United States District Court,
                     District of Nevada
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28